UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TOWNSHEND PATENT LITIGATION, <br><br><br><br> AND RELATED COUNTERCLAIMS | Case No.: C 02-4833 JF (PVT) <br> And Consolidated Cases <br><br> **ORDER RE PLAINTIFF'S MOTION TO COMPEL ESS TECHNOLOGY'S RESPONSES TO INTERROGATORIES** |

On December 16, 2003, the parties appeared before Magistrate Judge Patricia V. Trumbull for a hearing on Plaintiff Townshend's Motion to Compel ESS Technology's Responses to Interrogatories. The court ruled from the bench with respect to Interrogatory 1 and submitted the issue as to Interrogatories 3 and 4. Having reviewed the parties' submissions and the arguments at the hearing,

IT IS HEREBY ORDERED that Townshend's Motion to Compel is GRANTED with respect to Interrogatory 1, which seeks the identification of the name, model and version of each ESS 56K or V.90 modem products. ESS shall provide a narrative response to Interrogatory 1 and shall not be permitted to refer Townshend to ESS documents pursuant to Federal Rule of Civil Procedure 33(d).[1]  ESS has not presented any persuasive arguments as to why it should be

---
[1] Rule 33(d) allows a party, in appropriate circumstances, to direct the requesting party to documents from which the answer to the interrogatory may be ascertained. Fed. R. Civ. Pro. 33(d).

allowed to rely on Rule 33(d) for this question, which seeks basic information and has been answered by all other Defendants in the litigation.

IT IS FURTHER ORDERED that Townshend's Motion to Compel is DENIED with respect to Interrogatories 3 and 4, which seek information regarding sales of ESS products and licensing information about such products, respectively. For these interrogatories, ESS may invoke Rule 33(d) and refer Townshend to its documents. ESS has agreed to provide Townshend with specific bates numbers for the documents containing the responsive information and has also agreed to provide the information in electronic form to Townshend, if at all possible. Accordingly, because the burden will be no greater for Townshend than for ESS to obtain the information it seeks in these questions, use of Rule 33(d) is appropriate.

IT IS SO ORDERED.

Dated: *12/19/03*

*/s/ Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge