UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TOWNSHEND PATENT LITIGATION, ) ) ) ) ) ) ) ) ) AND RELATED COUNTERCLAIMS ) ) | Case No.: C 02-4833 JF (PVT) And Consolidated Cases  **ORDER RE TOWNSHEND'S MOTION TO COMPEL INTERROGATORY ANSWERS AND DOCUMENT PRODUCTION BY ESS** |

On November 18, 2004, the parties appeared before Chief Magistrate Judge Patricia V. Trumbull for a hearing on Townshend's Motion to Compel Interrogatory Answers and Document Production by ESS.[1] Based on the briefs and arguments submitted,

IT IS HEREBY ORDERED that the motion is GRANTED as to Interrogatory Nos. 1, 3, 5, 20 (limited to information known by Townshend as of today) & 25 (limited to identification of standards organizations to which ESS belongs), and Document Request Nos. 34, 38, 44 (limited to the ITU), & 53 (limited to PC-Tel). No later than December 17, 2004, ESS shall supplement its responses and production as to these requests.

IT IS HEREBY ORDERED that the motion is GRANTED as to Document Request Nos. 25, 26 & 30, but the requests are deemed to be limited to the disclosures and production required by this court's Patent Local Rules. No later than December 17, 2004, ESS shall supplement its responses and production as to these requests.

---

[1] As used herein, "Townshend" refers to both Brent Townshend and Townshend Intellectual Property, LLC, and "ESS" refers to ESS Technology, Inc. The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

IT IS FURTHER ORDERED that the motion is DEFERRED as to Interrogatory Nos. 2 & 6, and Document Request Nos. 39, 50 & 57.  The parties shall engage in further meet and confer to resolve their disputes regarding these requests.  The meet and confer process shall include at least one comprehensive *in person* meet and confer session attended by Maura Rees and James Pooley.  If there are any disputes regarding these discovery requests that remain unresolved after the meet and confer efforts, then no later than December 17, 2004, the parties shall each file a supplemental brief (of no more than 5 pages) setting forth their current positions as to each such dispute.

IT IS HEREBY ORDERED that the motion is also DEFERRED as to Document Request No. 29.  At the hearing of this motion, the parties lumped this request in with Request Nos. 25, 26 & 30.  However, the subject matter of this request is not covered by the disclosure requirements of this court's Patent Local Rules.  Therefore, the parties shall include this request in their further meet and confer efforts.  If they cannot resolve their dispute regarding this document request, they shall include it in their supplemental briefs on December 17, 2004.

IT IS FURTHER ORDERED that the motion is DENIED as to Document Request No. 45, based on ESS's representations at the hearing of this motion.

At the hearing of this motion, the parties informed the court that, as to the remaining discovery requests listed in the moving papers, the motion has either already been resolved or will be once the document production is completed on December 17, 2004.

IT IS FURTHER ORDERED that, absent relief from the court, before bringing any new discovery motions in the future, counsel shall meet and confer *in person*.

IT IS FURTHER ORDERED that the rulings herein are without prejudice to Townshend propounding further discovery requests at a later time seeking some of the information not ordered produced at this time, in the event such information appears to be relevant to the claims or defenses at issue in this action.

Dated:  *11/18/04*

                          */s/ Patricia V. Trumbull*
                          PATRICIA V. TRUMBULL
                          United States Magistrate Judge