UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TOWNSHEND PATENT LITIGATION, <br><br><br><br><br><br> AND RELATED COUNTERCLAIMS | Case No.: C 02-4833 JF (PVT) <br> And Consolidated Cases <br><br> **ORDER CONTINUING TOWNSHEND'S MOTION TO COMPEL INTERROGATORY ANSWERS AND DOCUMENT PRODUCTION BY CISCO** |

On April 29, 2005 Townshend filed its Motion to Compel Interrogatory Answers and Document Production by Cisco.[1]  From the briefs it appears Cisco has supplemented its interrogatory responses and document production, but Townshend did not have sufficient time to review the supplemental discovery before filing its reply.  Therefore, the court finds it appropriate to issue this interim order.

IT IS HEREBY ORDERED that the hearing on Townshend's Motion to Compel Interrogatory Answers and Document Production by Cisco is continued to June 21, 2005.

IT IS FURTHER ORDERED that no later than June 14, 2005, Townshend shall file a supplemental reply brief stating what discovery it believes still needs to be compelled in light of Cisco's supplementation.

Dated:  *6/3/05*

                                               */s/ Patricia V. Trumbull*
                                               PATRICIA V. TRUMBULL
                                               United States Magistrate Judge

---

[1] As used herein, "Townshend" refers to both Brent Townshend and Townshend Intellectual Property, LLC, and "Cisco" refers to Cisco Systems, Inc. The holding of this court is limited to the facts and the particular circumstances underlying the present motion.