IRELL & MANELLA LLP
Gary N. Frischling (130583)
Layn R. Phillips (103854)
Christopher A. Vanderlaan (155628)
Brian D. Ledahl (186579)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Defendant and Counterclaimant
CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TOWNSHEND PATENT LITIGATION | Master File No. C-02-4833 JF (PVT) |
| TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., | This Paper Relates To: |
| Plaintiff, | Case No. C-02-04833 JF (PVT) |
| vs. | **STIPULATION AND [PROPOSED] ORDER RE: TOWNSHEND'S MOTION TO COMPEL CISCO** |
| CISCO SYSTEMS, INC., | Date:  June 21, 2005 |
| Defendant. | Time:  10:00 a.m. |
| | Ctrm:  Hon. Patricia V. Trumbull |
| AND RELATED COUNTERCLAIMS | |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION RE: TOWNSHEND'S MOTION TO
COMPEL CISCO (Master File No. C-02-4833 JF (PVT))

1292767

1  WHEREAS, Plaintiff and Counterclaim Defendant Townshend Intellectual Property, L.L.C. ("Townshend") has filed a motion to compel certain discovery, and

3  WHEREAS, the parties have met and conferred to seek to resolve the issues raised by Townshend's motion, and

5  WHEREAS, Townshend has identified several specific agreements as to which it seeks production of executed copies, which are listed in the five bullet points on pages 1-2 of its Supplemental Reply Memorandum (filed June 14, 2005), and

8  WHEREAS, Defendant and Counterclaimant Cisco Systems, Inc. ("Cisco") agrees to undertake a good faith search for and produce executed copies of the specific agreements referenced in Townshend's Supplemental Reply Memorandum, to the extent it can locate such documents, by July 8, 2005,

12  NOW THEREFORE, the parties, through their respective counsel hereby stipulate that Townshend's pending motion to compel currently scheduled for hearing on June 21, 2005 at 10:00 a.m. may be taken off calendar and is withdrawn without prejudice.

**SO ORDERED.**

Dated: _6/20/05_____   Signed: _/s/ Patricia V. Trumbull_____
                                             Hon. Patricia V. Trumbull
                                             United States Magistrate Judge

**SO STIPULATED**

Dated: June 20, 2005    IRELL & MANELLA LLP

                        By_____/s_____
                             Brian D. Ledahl

                        Attorneys for Cisco Systems, Inc.

Dated: June 20, 2005    WILSON, SONSINI, GOODRICH & ROSATI

                        By:_____/s_____
                             Maura L. Rees

                        Attorneys for Townshend Intellectual Property L.L.C.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION RE: TOWNSHEND'S MOTION TO
COMPEL CISCO (Master File No. C-02-4833 JF (PVT))

1292767                                          - 1 -