ROBERT P. FELDMAN, State Bar No. 69602
JENNIFER A. OCHS, State Bar No. 174069
MAURA L. REES, State Bar No. 191698
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
rfeldman@wsgr.com; jochs@wsgr.com;
mrees@wsgr.com

Attorneys for Defendants and Counterclaimant
TOWNSHEND INTELLECTUAL
PROPERTY, L.L.C.
and BRENT TOWNSHEND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TOWNSHEND PATENT LITIGATION | Master File No.: C-02-4833 JF (PVT) |
| This document relates to: | This document relates to: C-01-1300-JF(PVT) |
| ESS TECHNOLOGY, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BRENT TOWNSHEND, an individual, and TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., a California L.L.C.,<br><br>    Defendants. | **STIPULATION AND [PROPOSED] ORDER RE SUPPLEMENTATION OF DISCOVERY RESPONSES PURSUANT TO JUNE 6, 2005 ORDER** |
| TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., a California L.L.C.,<br><br>    Counterclaimant,<br>    v.<br><br>ESS TECHNOLOGY, INC., a California corporation,<br><br>    Counterdefendant. | Room: Courtroom 5, 4th floor<br>Before: Hon. Patricia Trumbull |

1      WHEREAS, the Court's Order dated June 6, 2005 directed ESS Technology and Townshend to submit either a stipulated form of order, or else their respective proposed forms of order, setting forth the intervals at which each party shall supplement its discovery responses; and

       WHEREAS, the parties agree that under Federal Rule of Civil Procedure 26(e), a reasonable interval at which to supplement their respective discovery responses would be every two months;

       IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

       1.  Townshend and ESS will supplement their respective responses to each others' discovery, should such supplementation be necessary, on August 31, 2005 and October 21, 2005.

Dated:  June 30, 2005                By:    /s/ Maura L. Rees

                                            Robert P. Feldman
                                            Jennifer A. Ochs
                                            Maura L. Rees
                                            WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation
                                            650 Page Mill Road
                                            Palo Alto, CA 94304-1050
                                            Attorneys for Plaintiff
                                            TOWNSHEND INTELLECTUAL
                                            PROPERTY LLC

Dated:  June 30, 2005                By:    /s/ Anupam Sharma

                                            James Pooley
                                            L. Scott Oliver
                                            MILBANK, TWEED, HADLEY & McCLOY LLP
                                            3000 El Camino Real
                                            Five Palo Alto Square, 7th Floor
                                            Palo Alto, CA  94306-2109
                                            Attorneys for Plaintiff
                                            ESS TECHNOLOGY, INC.
                                            USDC Case No. C-01-1300 JF

**ORDER**

IT IS SO ORDERED.

Dated:  7/5/05                          /s/ Patricia V. Trumbull
                                        Hon. Patricia V, Trumbull
                                        United States Magistrate Judge