ROBERT P. FELDMAN, State Bar No. 69602
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

**E-filed 10/5/05**

Attorneys for TOWNSHEND INTELLECTUAL
PROPERTY, L.L.C. and BRENT TOWNSHEND

GARY FRISCHLING State Bar No. 130583___
BRIAN LEDAHL State Bar No. 186579
IRELL & MANELLA
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TOWNSHEND PATENT LITIGATION | Master File No.: C-02-4833-JF (PVT) |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE BY AND BETWEEN TOWNSHEND INTELLECTUAL PROPERTY L.L.C. AND CISCO SYSTEMS INC.** |
| This document relates to:<br>TOWNSHEND INTELLECTUAL PROPERTY, L.L.C.,<br>       Plaintiff,<br>   v.<br>CISCO SYSTEMS INC.,<br>       Defendant.<br>And Related Counterclaims | This document relates to.: C-02-4833-JF (PVT) |

STIP. OF DISMISSAL
CASE NO. C-02-4833-JF

PALIB1_2738396_1.DOC

1    IT IS HEREBY STIPULATED AND AGREED by and between Townshend Intellectual
2 Property, L.L.C. and Cisco Systems, Inc., through their respective counsel, as follows:
3    1.    Pursuant to Fed. R. Civ. P. 41(a), the action *Townshend Intellectual Property*
4 *L.L.C. v. Cisco Systems Inc.*, No. CV-02-4833-JF (PVT), including all claims and counterclaims,
5 is hereby DISMISSED with prejudice.
6    2.    This dismissal does not affect the remaining actions consolidated under the
7 caption *In re Townshend Patent Litigation*, No. CV-02-4833-JF.
8    3.    Each party shall bear its own attorneys' fees and costs.

10  Dated: October 3, 2005                WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation

                                          By:   /s/ Maura L. Rees
                                                Maura L. Rees

                                          Attorneys for Townshend Intellectual Property
                                          LLC and Brent Townshend

16  Dated: October 3, 2005                IRELL & MANELLA LLP

                                          By:   /s/ Brian Ledahl
                                                Brian Ledahl

                                          Attorneys for Cisco Systems, Inc.

21    PURSUANT TO STIPULATION, IT IS SO ORDERED.

23  Dated: 10/3/05                        /s/electronic signature authoirzed
                                          HON. JEREMY FOGEL
                                          United States District Judge

STIP. OF DISMISSAL                        -1-                            PALIB1_2738396_1.DOC
CASE NO. C-02-4833-JF

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Maura L. Rees, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of October, 2005 at Palo Alto, California.

/s/ Maura L. Rees<br>Maura L. Rees