UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TOWNSHEND PATENT LITIGATION, <br><br>_____ <br><br><br><br>AND RELATED COUNTERCLAIMS <br>_____ | Case No.: C 02-4833 JF (PVT) <br>And Consolidated Cases <br><br>**ORDER GRANTING ESS TECHNOLOGY, INC.'S MOTION FOR ISSUANCE OF A LETTER ROGATORY** |

On October 4, 2005 the parties appeared before Magistrate Judge Patricia V. Trumbull for hearing on ESS Technology, Inc.'s motion for issuance of a letter rogatory.[1] Based on the briefs and arguments submitted,

IT IS HEREBY ORDERED that ESS' motion is GRANTED. However, the parties shall meet and confer regarding the specific wording of the letter rogatory. If the parties cannot agree on the wording, then no later than October 14, 2005 each side shall submit to the court its proposed form of letter rogatory. The proposed form of letter rogatory shall include the correct phone number for this court's chambers (408/535-5438).

Dated:  10/5/05

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.