| | |
|---|---|
| 1 | ROBERT P. FELDMAN, State Bar No. 69602 |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 2 | Professional Corporation |
|   | 650 Page Mill Road |
| 3 | Palo Alto, CA 94304-1050 |
|   | Telephone:  (650) 493-9300 |
| 4 | Facsimile:   (650) 565-5100 |

Attorneys for Plaintiff and Counterdefendants
TOWNSHEND INTELLECTUAL PROPERTY,
L.L.C. and BRENT TOWNSHEND

**E-filed 10/12/05

JOHN M. DESMARAIS (*pro hac vice*)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4675
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

Attorneys for Defendant and Counterclaimant
AGERE SYSTEMS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TOWNSHEND PATENT LITIGATION | Master File No.: C-02-4833-JF (PVT) |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE BY AND BETWEEN TOWNSHEND INTELLECTUAL PROPERTY L.L.C. AND AGERE SYSTEMS INC.** |
| This document relates to: | |
| TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., a California L.L.C., | This document relates to.:  C-02-4836-JF (PVT) |
| Plaintiff, | |
| v. | |
| AGERE SYSTEMS INC., a Delaware corporation, | |
| Defendant. | |
| And Related Counterclaims | |

1    IT IS HEREBY STIPULATED AND AGREED by and between Townshend Intellectual
2 Property, L.L.C. and Agere Systems Inc., through their respective counsel, as follows:
3    1.    Pursuant to Fed. R. Civ. P. 41(a), the action *Townshend Intellectual Property*
4 *L.L.C. v. Agere Systems Inc.*, No. CV-02-4836-JF (PVT), including all claims and counterclaims,
5 is hereby DISMISSED with prejudice.
6    2.    This dismissal does not affect the remaining actions consolidated under the
7 caption *In re Townshend Patent Litigation*, No. CV-02-4833-JF.
8    3.    Each party shall bear its own attorneys' fees and costs.

Dated: September 28, 2005              WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation


                                       By:   /s/ Maura L. Rees
                                             Maura L. Rees

                                       Attorneys for Townshend Intellectual Property
                                       LLC and Brent Townshend


Dated: September 28, 2005              KIRKLAND & ELLIS LLP


                                       By:   /s/ Todd Friedman
                                             Todd Friedman

                                       Attorneys for Agere Systems, Inc.

    PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: 10/12/05                         /s/electronic signature authorized
                                        HON. JEREMY FOGEL
                                        United States District Judge

STIP. OF DISMISSAL                    -1-                    C:\NrPortbl\PALIB1\MV1\2734492_2.DOC
CASE NO. C-02-4836-JF

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Maura L. Rees, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of September, 2005 at Palo Alto, California.

                                                                            /s/ Maura L. Rees  
                                                                              Maura L. Rees