ROBERT P. FELDMAN, State Bar No. 69602
JENNIFER A. OCHS, State Bar No. 174069
MAURA L. REES, State Bar No. 191698
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
E-Mail: rfeldman@wsgr.com; jochs@wsgr.com; mrees@wsgr.com

**E-filed 10/13/05**

Attorneys for Defendant-Counterclaimant TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., and Defendant BRENT TOWNSHEND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| This document relates to:<br><br>ESS TECHNOLOGY, INC., a California corporation,<br><br>    Plaintiff,<br>  v.<br><br>BRENT TOWNSHEND, an individual, and TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., a California L.L.C.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-01-1300-JF<br><br>**STIPULATION AND ORDER TO CONTINUE E-FILING NUMBER** |

In an Order dated April 21, 2003, the Court consolidated the following cases for pre-trial proceedings:

1. *ESS Technology, Inc. v. Brent Townshend*, C-01-1300-JF;

2. *Townshend Intellectual Property, L.L.C. v. Cisco Systems, Inc.,* C-02-4833-JF;

3. *Townshend Intellectual Property, L.L.C. v. Analog Devices, Inc.*, C-02-04835-JF;

4. *Townshend Intellectual Property, L.L.C. v. Agere Systems, Inc.*, C-02-4836-JF;

and

1.     5.    *Townshend Intellectual Property, L.L.C. v. Intel Corporation*, C-02-04839-JF. Since the *Cisco* case had been designated for e-filing, the parties requested and the Court ordered that the consolidated proceedings utilize the case number from the *Cisco* case (C-02-4833-JF) as the Master Case Number.

All cases have now been dismissed except for the *ESS Technology, Inc.* case (C-01-1300-JF), which was not designated for e-filing. The remaining parties believe it would be efficient and seamless to continue e-filing the pleadings and other submissions in the case.

THEREFORE, the remaining parties request that the Court permit the parties to continue to use the C-02-4833-JF number for e-filing purposes, or order any other relief which may be appropriate.

SO STIPULATED.

DATED: October 10, 2005               WILSON SONSINI GOODRICH & ROSATI
                                                        Professional Corporation

By   /s/                            .
        Jennifer Ochs

Attorneys for Defendant-Counterclaimant
TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., and Defendant BRENT TOWNSHEND

DATED: October 10, 2005               MILBANK, TWEED, HADLEY & McCLOY LLP
                                                        Professional Corporation

By   /s/                            .
        L. Scott Oliver

Attorneys for Plaintiff and Counterdefendant
ESS TECHNOLOGY, INC.

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE E-FILING NUMBER    - 3 -
Case No. C-01-1300-JF                                                                             2740326_1.DOC

1

**ORDER**

2   PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED that the C-02-

3   4833-JF case number will remain open so that the parties in the case captioned *ESS Technology,*

4   *Inc. v. Brent Townshend*, C-01-1300-JF, may continue to utilize it for e-filing pleadings or other

5   submissions to the court.

6
    Dated: 10/13/05                                    /s/electronic signature authorized
7                                                      Hon. Jeremy Fogel
                                                       United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document was obtained from L. Scott Oliver of Milbank Tweed Hadley & McCloy LLP.

DATED: October 10, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation


                                           By   /s/                                   .
                                                   Jennifer Ochs

                                           Attorneys for Defendant-Counterclaimant
                                           TOWNSHEND INTELLECTUAL PROPERTY,
                                           L.L.C., and Defendant BRENT TOWNSHEND