556

1  ROBERT P. FELDMAN, State Bar No. 69602
   JENNIFER A. OCHS, State Bar No. 174069
2  MAURA L. REES, State Bar No. 191698
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   E-Mail: rfeldman@wsgr.com; jochs@wsgr.com;
6  mrees@wsgr.com

7  Attorneys for Defendant-Counterclaimant TOWNSHEND
   INTELLECTUAL PROPERTY, L.L.C., and Defendant BRENT
8  TOWNSHEND

FILED

OCT 2 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

9           UNITED STATES DISTRICT COURT
10          NORTHERN DISTRICT OF CALIFORNIA
11                SAN JOSE DIVISION

| | |
|---|---|
| This document relates to: | Master File Number: C-02-4833-JF |
| ESS TECHNOLOGY, INC., a California corporation, | Case No. C-01-1300-JF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING FACT DISCOVERY CUT-OFF AND DEPOSITION SCHEDULING** |
| v. | |
| BRENT TOWNSHEND, an individual, and TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., a California L.L.C., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

STIPULATION AND [PROPOSED] ORDER
REGARDING FACT DISCOVERY CUT-OFF AND
DEPOSITION SCHEDULING MASTER FILE NO. C-
02-4833-JF; CASE NO. C-01-1300-JF

2750442_1.DOC

WHEREAS:

According to the schedule adopted by the Court at the May 2, 2005 Case Management Conference, the fact discovery cut-off in this case is October 21, 2005;

On October 11, 2005, Judge Trumbull granted Townshend's Motion to Compel the deposition of Fred Chan and the deposition(s) of ESS witness(es) in response to Townshend's 30(b)(6) Deposition Notice regarding Document Collection Topics.

THEREFORE:

To accommodate various witnesses' schedules, including third party witnesses, the parties have stipulated that the following depositions will be taken on the dates specified below. In no event shall any depositions be taken after November 11, 2005. The Civ. L. R. 26-2 deadline for filing motions to compel on issues arising as a result of any depositions occurring pursuant to this Order after the October 21 cut-off is extended to seven court days after the deposition at which the issue arose; the motion to compel deadline is not otherwise affected by this stipulation.

ESS Witnesses

Fred Chan: November 7, 2005, 9:00 am.

Jie Zhu: November 2, 2005, 9:30 am.

Yi Feng: November 1, 2005, 9:30 am.

Robert Blair (continuation): to be determined

ESS 30(b)(6) designee on Document Collection Topics: November 11, 2005. Nothing herein prevents Townshend from moving to compel the sooner appearance of a witness on these topics.

LSO JAO

Third Party Witnesses

William Betts: (date to be provided by Mr. Betts' counsel) OCTOBER 28, 2005 9:00 am

Herbert Cohen: (date to be provided by Mr. Cohen's counsel)

Raymond Jones: (date to be provided by Mr. Jones' counsel)

STIPULATION AND [PROPOSED] ORDER
REGARDING FACT DISCOVERY CUT-OFF AND
DEPOSITION SCHEDULING MASTER FILE NO. C-
02-4833-JF; CASE No. C-01-1300-JF

2750442_1.DOC

1  Martin Rauchwerk: (date to be provided by Mr. Rauchwerk's counsel)

2  Jinguo Yu: (date to be provided by Mr. Yu's counsel)

3  Robert Rango: (date to be provided by Mr. Rango's counsel)

4  Broadxent 30(b)(6) designee: November 1, 2005, 9:30 am

5  Additional ESS customers: (dates to be provided).

6

7  Other Dates

8  Parties are to serve expert reports for which they bear the burden of proof on November

9  18, 2005.

10  Parties to serve rebuttal expert reports on December 9, 2005.

11  No other dates are effected by this stipulation and Order.

12

13  SO STIPULATED.

14

15  DATED: October 24, 2005    WILSON SONSINI GOODRICH & ROSATI
                                Professional Corporation
16

17                              By _____Jennifer Ochs_____
18                                      Jennifer Ochs

19                              Attorneys for Defendant-Counterclaimant
                                TOWNSHEND INTELLECTUAL PROPERTY,
20                              L.L.C., and Defendant BRENT TOWNSHEND

21

22  DATED: October 24, 2005    MILBANK, TWEED, HADLEY & McCLOY LLP
                                Professional Corporation
23

24                              By _____L. Scott Oliver_____
25                                      L. Scott Oliver

26                              Attorneys for Plaintiff and Counterdefendant
                                ESS TECHNOLOGY, INC.
27

28  STIPULATION AND [PROPOSED] ORDER                            2750442_1.DOC
    REGARDING FACT DISCOVERY CUT-OFF AND
    DEPOSITION SCHEDULING MASTER FILE NO. C-
    02-4833-JF; CASE NO. C-01-1300-JF

## ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: 10/26/05

Hon. Jeremy Fogel
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
REGARDING FACT DISCOVERY CUT-OFF AND
DEPOSITION SCHEDULING MASTER FILE NO. C-
02-4833-JF; CASE No. C-01-1300-JF

2750442_1.DOC

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document was obtained from L. Scott Oliver of Milbank Tweed Hadley & McCloy LLP.

DATED: October 24, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By _____Jennifer Ochs_____
        Jennifer Ochs

Attorneys for Defendant-Counterclaimant
TOWNSHEND INTELLECTUAL PROPERTY,
L.L.C., and Defendant BRENT TOWNSHEND

STIPULATION AND [PROPOSED] ORDER
REGARDING FACT DISCOVERY CUT-OFF AND
DEPOSITION SCHEDULING   MASTER FILE NO. C-02-4833-JF; CASE NO. C-01-1300-JF

2750442_1.DOC