ROBERT P. FELDMAN, State Bar No. 69602
JENNIFER A. OCHS, State Bar No. 174069
MAURA L. REES, State Bar No. 191698
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
E-Mail: rfeldman@wsgr.com; jochs@wsgr.com;
mrees@wsgr.com

Attorneys for Defendant-Counterclaimant TOWNSHEND
INTELLECTUAL PROPERTY, L.L.C., and Defendant BRENT
TOWNSHEND

**E-filed 11/21/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TOWNSHEND PATENT LITIGATION | |
| This document relates to: | Master File Number: C-02-4833-JF (PVT) |
| ESS TECHNOLOGY, INC., a California corporation, | Case No. C-01-1300-JF (PVT) |
| Plaintiff,<br>v.<br>BRENT TOWNSHEND, an individual, and TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., a California L.L.C.,<br>Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR EXPERT REPORTS RE: DAMAGES** |
| AND RELATED COUNTERCLAIMS | |

1  WHEREAS, pursuant to the Stipulation and Order Regarding Fact Discovery Cut-Off and Deposition Scheduling dated October 26, 2005, the current due dates for expert reports are November 18, 2005 for opening reports and December 9, 2005 for rebuttal reports; and

4  WHEREAS, based on additional document productions by ESS that are now occurring, there are outstanding discovery issues;

6  THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The parties are to serve expert reports for which they bear the burden of proof on the issue of damages by December 12, 2005.

2. The parties are to serve rebuttal expert reports on the issue of damages by January 9, 2006.

3. The cut-off for expert discovery related to damages will be January 20, 2006.

4. No other dates are affected by this stipulation and Order.

DATED: November 17, 2005         WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation


                                 By_____/s/_____.
                                        Maura L. Rees

                                 Attorneys for Defendant-Counterclaimant
                                 TOWNSHEND INTELLECTUAL PROPERTY,
                                 L.L.C., and Defendant BRENT TOWNSHEND

DATED: November 17, 2005         MILBANK, TWEED, HADLEY & McCLOY LLP


                                 By_____/s/_____.
                                        L. Scott Oliver

                                 Attorneys for Plaintiff and Counterdefendant
                                 ESS TECHNOLOGY, INC.

## ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: 11/21/05            /s/electronic signature authorized
                                                       Hon. Jeremy Fogel
                                                       United States District Court Judge

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document was obtained from L. Scott Oliver of Milbank Tweed Hadley & McCloy LLP.

DATED:  November 17, 2005             WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation


                                      By       /s/                        .
                                              Maura L. Rees

                                      Attorneys for Defendant-Counterclaimant
                                      TOWNSHEND INTELLECTUAL PROPERTY,
                                      L.L.C., and Defendant BRENT TOWNSHEND