1  ROBERT P. FELDMAN, State Bar No. 69602
   JENNIFER A. OCHS, State Bar No. 174069
2  MAURA L. REES, State Bar No. 191698
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:   (650) 565-5100
   E-Mail: rfeldman@wsgr.com; jochs@wsgr.com;
6  mrees@wsgr.com

7  Attorneys for Defendant-Counterclaimant TOWNSHEND
   INTELLECTUAL PROPERTY, L.L.C., and Defendant BRENT
8  TOWNSHEND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TOWNSHEND PATENT LITIGATION | |
| This document relates to: | Master File Number: C-02-4833-JF (PVT) |
| ESS TECHNOLOGY, INC., a California corporation, | Case No. C-01-1300-JF (PVT) |
| Plaintiff, v. | **STIPULATION AND [PROPOSED] ORDER RE: DEPOSITIONS OF ROBERT BLAIR AND RAY JONES** |
| BRENT TOWNSHEND, an individual, and TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., a California L.L.C., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

STIPULATION                                - 1 -                             2775733_2.DOC
MASTER FILE NO. C-02-4833-JF (PVT); CASE
NO. C-01-1300-JF (PVT)

1    WHEREAS, the Court's November 3, 2005 Order provided until November 29, 2005 for ESS Technology, Inc. ("ESS") to take the deposition of Ray Jones, and until December 2, 2005 for Brent Townshend and Townshend Intellectual Property LLC ("Townshend") to take the further deposition of Robert Blair; and

    WHEREAS, ESS has produced a substantial amount of e-mail from Mr. Blair since the first session of his deposition; and

    WHEREAS, on November 30, 2005, ESS provided Townshend with CD-ROMs that it has represented contain a searchable electronic version of the new documents; and

    WHEREAS, ESS produced a supplemented privilege log on November 29, 2005 with many new entries which relate to Mr. Blair; and

    WHEREAS, the parties are informed by counsel for third party witness Ray Jones that Mr. Jones is currently unavailable due to the hospitalization of a family member;

    IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.    The time to take the deposition of Mr. Jones and the further deposition of Mr. Blair is extended until December 21, 2005.

DATED: December 2, 2005    WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By    /s/
    Robert P. Feldman

Attorneys for Defendant-Counterclaimant
TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., and Defendant BRENT TOWNSHEND

DATED: December 2, 2005    MILBANK, TWEED, HADLEY & McCLOY LLP

By    /s/
    James Pooley

Attorneys for Plaintiff and Counterdefendant
ESS TECHNOLOGY, INC.

## **ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: _12/6/05_

_____
Hon. Patricia V. Trumbull
United States Magistrate Judge

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document was obtained from the other signatories hereto.

DATED:  December 2, 2005             WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation


                                     By         /s/                          .
                                            Maura L. Rees

                                     Attorneys for Defendant-Counterclaimant
                                     TOWNSHEND INTELLECTUAL PROPERTY,
                                     L.L.C., and Defendant BRENT TOWNSHEND