**CHAMBER'S COPY**

612 E-filing 12-9-05

1  ROBERT P. FELDMAN, State Bar No. 69602
   JENNIFER A. OCHS, State Bar No. 174069
2  MAURA L. REES, State Bar No. 191698
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   E-Mail: rfeldman@wsgr.com; jochs@wsgr.com;
6  mrees@wsgr.com

7  Attorneys for Defendant-Counterclaimant TOWNSHEND
   INTELLECTUAL PROPERTY, L.L.C., and Defendant BRENT
8  TOWNSHEND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE TOWNSHEND PATENT LITIGATION | |
| This document relates to: | Master File Number: C-02-4833-JF (PVT) |
| ESS TECHNOLOGY, INC., a California corporation, | Case No. C-01-1300-JF (PVT) |
| Plaintiff, v. | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULE** |
| BRENT TOWNSHEND, an individual, and TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., a California L.L.C., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

STIPULATION AND [PROPOSED] ORDER
MASTER FILE NO. C-02-4833-JF (PVT); CASE
NO. C-01-1300-JF (PVT)

2778660_1.DOC

1  WHEREAS, pursuant to the Stipulation and Order Regarding Fact Discovery Cut-Off and Deposition Scheduling dated October 26, 2005, the current due dates for rebuttal expert reports on subjects other than damages is December 9, 2005; and

WHEREAS, pursuant to the Stipulation and Order Regarding Schedule for Damages Expert Reports, the current due date for opening damages expert reports is December 12; and

WHEREAS, the parties have agreed to continue these dates by one week in light of their agreement in principle to resolve the case, which is now being reduced to final form;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Rebuttal expert reports on issues other than damages are due by December 16, 2005.

2. The parties are to serve expert reports for which they bear the burden of proof on the issue of damages by December 19, 2005.

3. The cut-off for expert discovery other than expert discovery related to damages will be January 6, 2006.

4. No other dates are affected by this stipulation and Order.

DATED: December 6, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By_____/s/_____
Maura L. Rees

Attorneys for Defendant-Counterclaimant
TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., and Defendant BRENT TOWNSHEND

DATED: December 6, 2005

MILBANK, TWEED, HADLEY & McCLOY LLP

By_____
L. Scott Oliver

Attorneys for Plaintiff and Counterdefendant
ESS TECHNOLOGY, INC.

1  WHEREAS, pursuant to the Stipulation and Order Regarding Fact Discovery Cut-Off
2  and Deposition Scheduling dated October 26, 2005, the current due dates for rebuttal expert
3  reports on subjects other than damages is December 9, 2005; and
4  WHEREAS, pursuant to the Stipulation and Order Regarding Schedule for Damages
5  Expert Reports, the current due date for opening damages expert reports is December 12; and
6  WHEREAS, the parties have agreed to continue these dates by one week in light of their
7  agreement in principle to resolve the case, which is now being reduced to final form;
8  THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:
9    1.    Rebuttal expert reports on issues other than damages are due by December 16,
10 2005.
11   2.    The parties are to serve expert reports for which they bear the burden of proof on
12 the issue of damages by December 19, 2005.
13   3.    The cut-off for expert discovery other than expert discovery related to damages
14 will be January 6, 2006.
15   4.    No other dates are affected by this stipulation and Order.

16 DATED: December 6, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By_____
Maura L. Rees

Attorneys for Defendant-Counterclaimant
TOWNSHEND INTELLECTUAL PROPERTY,
L.L.C., and Defendant BRENT TOWNSHEND

DATED: December 6, 2005

MILBANK, TWEED, HADLEY & McCLOY LLP

By_____
L. Scott Oliver

Attorneys for Plaintiff and Counterdefendant
ESS TECHNOLOGY, INC.

STIPULATION AND [PROPOSED] ORDER
MASTER FILE NO. C-02-4833-JF (PVT); CASE
NO. C-01-1300-JF (PVT)

2778660_1.DOC

## ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: 12-8-05

Hon. Jeremy Fogel
United States District Court Judge

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document was obtained from each of the other signatories.

DATED: December 6, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By_____/s/_____
            Maura L. Rees

Attorneys for Defendant-Counterclaimant
TOWNSHEND INTELLECTUAL PROPERTY,
L.L.C., and Defendant BRENT TOWNSHEND