**E-filed 1/12/06**

ROBERT P. FELDMAN, State Bar No. 69602
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
E-Mail: rfeldman@wsgr.com

Attorneys for Defendant-Counterclaimant TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., and Defendant BRENT TOWNSHEND

JAMES POOLEY, State Bar No. 58041
MILBANK TWEED HADLEY & McCLOY, LLP
5 Palo Alto Square, 7th Floor
Palo Alto, CA 94306
Telephone: 650-739-7000
Facsimile: 650-739-7100

Attorneys for Plaintiff and Counterdefendant
ESS TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TOWNSHEND PATENT LITIGATION | |
| This document relates to: | Master File Number: C-02-4833-JF (PVT) |
| ESS TECHNOLOGY, INC., a California corporation, | This document relates to: No. C-01-1300-JF (PVT) |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE BY AND BETWEEN TOWNSHEND INTELLECTUAL PROPERTY L.L.C., BRENT TOWNSHEND, AND ESS TECHNOLOGY, INC.** |
| BRENT TOWNSHEND, an individual, and TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., a California L.L.C., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

1  IT IS HEREBY STIPULATED AND AGREED by and between Townshend Intellectual
2  Property, L.L.C., Brent Townshend, and ESS Technology, Inc., through their respective counsel,
3  as follows:
4      1.    Pursuant to Fed. R. Civ. P. 41(a), the action *ESS Technology, Inc. v. Townshend*,
5  No. 01-1300-JF (PVT), consolidated for pretrial purposes as *In re Townshend Patent Litigation*,
6  No. CV-02-4833-JF (PVT), including all claims and counterclaims, is hereby DISMISSED with
7  prejudice.
8      2.    Each party shall bear its own attorneys' fees and costs.

10  DATED: January 2, 2006    WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

13  By    /s/    .
    Maura L. Rees

14  Attorneys for Defendant-Counterclaimant
    TOWNSHEND INTELLECTUAL PROPERTY,
15  L.L.C., and Defendant BRENT TOWNSHEND

17  DATED: January 2, 2006    MILBANK, TWEED, HADLEY & McCLOY LLP

19  By    /s/    .
    L. Scott Oliver

20  Attorneys for Plaintiff and Counterdefendant
21  ESS TECHNOLOGY, INC.

STIPULATION OF DISMISSAL    2792345_3.DOC
MASTER FILE NO. C-02-4833-JF (PVT); CASE
NO. C-01-1300-JF (PVT)

1

**ORDER**

2     PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

3

4

Dated: 1/12/06

5                                                      Hon. Jeremy Fogel
                                                     United States District Court Judge

*(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Jeremy Fogel, signed)*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL                                             2792345_3.DOC
MASTER FILE NO. C-02-4833-JF (PVT); CASE
NO. C-01-1300-JF (PVT)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document was obtained from each of the other signatories.

DATED: January 2, 2006                WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation


                                      By          /s/                          .
                                              Maura L. Rees

                                      Attorneys for Defendant-Counterclaimant
                                      TOWNSHEND INTELLECTUAL PROPERTY,
                                      L.L.C., and Defendant BRENT TOWNSHEND