BINGHAM MCCUTCHEN LLP
JAMES B. LEWIS (SBN 71669)
WILLIAM F. ABRAMS (SBN 88805)
RUBY M. WAYNE (SBN 229538)
1900 University Avenue
East Palo Alto, California 94303-2223
Telephone: (650) 849-4400
Facsimile: (650) 849-4800
james.lewis@bingham.com
william.abrams@bingham.com
ruby.wayne@bingham.com

Attorneys for Plaintiff
TOWNSHEND INTELLECTUAL PROPERTY, L.L.C.,
A California L.L.C.

MORRISON & FOERSTER LLP
JAMES POOLEY (SBN 058041)
L. SCOTT OLIVER (SBN 174824)
DIANA LUO (SBN 233712)
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
jpooley@mofo.com
soliver@mofo.com
dluo@mofo.com

Attorneys for Third Party Intervenor
BROADCOM CORPORATION,
A California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re TOWNSHEND PATENT LITIGATION | No. C02-4833 JF (PVT) |
|---|---|
| | **STIPULATION REGARDING BROADCOM'S MOTION TO INTERVENE AND MODIFY THE PROTECTIVE ORDER** |

Case No. C02-4833 JF

STIPULATION REGARDING BROADCOM'S MOTION TO INTERVENE AND MODIFY THE PROTECTIVE ORDER

1  Pursuant to Northern District Local Rule 7-12, Broadcom Corporation and Townshend
2  Intellectual Property, L.L.C. (collectively "the Parties") hereby jointly submit this Stipulation
3  regarding the scope of discovery and modification to the Protective Order from *In re Townshend*
4  *Patent Litigation* (also referred to as the "prior litigation") and request that the Court adopt the
5  proposed modifications as part of the Protective Order in the prior litigation:
6  WHEREAS, on September 25, 2007, counsel for Broadcom and Townshend appeared
7  before the Court on Broadcom's Motion to Intervene and Modify the Protective Order in *In re*
8  *Townshend Patent Litigation*;
9  WHEREAS, on September 27, 2007, the Court granted Broadcom's motion to intervene,
10 and ordered the Parties to continue to meet and confer on the scope of the proposed
11 modifications to the protective order;
12 WHEREAS, on October 8, 2007, counsel for Broadcom and counsel for Townshend met
13 and conferred regarding documents previously produced by Agere (now LSI Corporation) and
14 Zhone Technologies, Inc. (the successor to AT&T Paradyne), and the requisite modifications to
15 the protective order in the prior litigation;
16 IT IS HEREBY STIPULATED by and between the Parties, and through their respective
17 attorneys of record, as follows:
18 In the *Townshend v. Broadcom* (Case No. 06-05118 JF (RS)) litigation (also referred to
19 as the "current litigation"), Broadcom shall produce to Townshend the § 102(g) documents
20 produced by Agere and/or Zhone that were preserved and remain in the possession of its counsel,
21 as disclosed to counsel for Townshend in correspondence dated September 28, 2007 and/or
22 disclosed at any subsequent time;
23 Townshend shall investigate and promptly advise Broadcom (1) whether Townshend's
24 prior counsel at Wilson Sonsini Goodrich & Rosati and Bingham McCutchen LLP retained any
25 documents previously produced by Agere, Paradyne, or their then-current or former employees,
26 and (2) which documents can be produced to Broadcom in the current litigation;
27 The Parties reserve all rights to take all necessary precautions, including but not limited
28 to redacting any attorney notes that may appear on third-party documents, and withholding

1  memoranda authored by attorneys, to ensure that such production does not compromise the
2  attorney work product doctrine, attorney client privilege, and/or any other privilege or protection
3  that may apply;
4      Nothing in this Stipulation prohibits the Parties from seeking the production of additional
5  relevant documents that are within the scope of this Stipulation by Agere, Zhone, and their
6  respective current and former employees;
7      The Parties may use the deposition transcripts and all corresponding exhibits from the
8  prior case relating to the § 102(g) defense (including testimony from Nuri Dagdeviren, Burton
9  Saltzberg, William Betts, and Ender Ayanoglu) in the current litigation, to the extent allowed
10 under the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and subject to rulings
11 on any motions filed regarding such documents and the provisions of this stipulation;[1]
12     Paragraph 7 of the Stipulated Protective Order from the prior litigation ("Prior Protective
13 Order") shall be modified to allow the use of (1) Agere and Zhone documents produced in
14 accordance with this stipulation, and (2) the above-referenced deposition transcripts and exhibits,
15 in the current litigation;[2]
16     In addition, all such documents and deposition transcripts and exhibits will be subject to
17 the terms of the protective order in *Townshend v. Broadcom* ("Current Protective Order") and
18 designated "Highly Confidential-Outside Attorneys' Eyes Only" under the Current Protective
19 Order unless under the Prior Protective Order such materials were designated "Confidential
20 Pursuant to Protective Order." If such materials were designated "Confidential Pursuant to
21 Protective Order," they shall be designated "Confidential" under the Current Protective Order.
22     The Court shall continue the hearing on this matter from October 23, 2007 to November
23
24 ─────────────────────
25 [1] The Parties reserve all rights regarding the depositions of Nuri Dagdeviren, Burton Saltzberg,
26 William Betts, and Ender Ayanoglu.
   [2] The Parties reserve all rights to object to the use of incomplete materials retained and produced
27 by counsel to the Parties.
28

*at 10:00AM PVT*

1   8, 2007, or a later date (with the exception of November 13 and 14, 2007)[3], subject to the Court's

2   calendar.

3        IT IS SO STIPULATED.

6   DATED: October 23, 2007     By: /s/ Ruby M. Wayne
          Ruby M. Wayne
7             BINGHAM McCUTCHEN LLP
          Attorneys for Plaintiff
8             TOWNSHEND INTELLECTUAL
          PROPERTY, LLC

11   DATED: October 23, 2007     By: /s/ Diana Luo
12             Diana Luo
          MORRISON & FOERSTER LLP
13             Attorneys for Defendant
          BROADCOM CORPORATION

16        IT IS SO ORDERED.

19   DATED: 10/23/07, 2007

                                                                  *Patricia V. Trumbull*
                                                 The Honorable Patricia V. Trumbull

---

[3] The Parties understand that the Court's normal calendar for civil matters is on Tuesdays. However, counsel for Townshend is not available on November 6th and 14th, and counsel for Broadcom is not available on November 13th. Consequently, the Parties respectfully request that the Court set the next hearing on any day after November 7th (with the exception of November 13th or 14th).

| | |
|---|---|
| 1 | ATTESTATION |
| 2 | I, DIANA LUO, am the ECF User whose ID and password are being used to file this |
| 3 | STIPULATION REGARDING BROADCOM'S MOTION TO INTERVENE IN *IN RE* |
| 4 | *TOWNSHEND PATENT LITIGATION* AND MODIFY THE PROTECTIVE ORDER. In |
| 5 | compliance with General Order 45, X.B., I hereby attest that RUBY M. WAYNE has concurred |
| 6 | in this filing. |
| 7 | DATED: October 23, 2007       By: /s/ Diana Luo |
| 8 |                                                   Diana Luo |
|   |                                                   MORRISON & FOERSTER LLP |
| 9 |                                                   Attorneys for Defendant |
|   |                                                   BROADCOM CORPORATION |