| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP<br>JAMES B. LEWIS (SBN 71669) |
| 2 | WILLIAM F. ABRAMS (SBN 88805)<br>RUBY M. WAYNE (SBN 229538) |
| 3 | 1900 University Avenue<br>East Palo Alto, California 94303-2223 |
| 4 | Telephone: (650) 849-4400<br>Facsimile: (650) 849-4800 |
| 5 | james.lewis@bingham.com<br>william.abrams@bingham.com |
| 6 | ruby.wayne@bingham.com |
| 7 | Attorneys for Plaintiff<br>TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., |
| 8 | A California L.L.C. |
| 9 | MORRISON & FOERSTER LLP<br>JAMES POOLEY (SBN 058041)<br>L. SCOTT OLIVER (SBN 174824) |
| 10 | DIANA LUO (SBN 233712)<br>755 Page Mill Road |
| 11 | Palo Alto, California 94304-1018<br>Telephone: (650) 813-5600 |
| 12 | Facsimile: (650) 494-0792<br>jpooley@mofo.com |
| 13 | soliver@mofo.com<br>dluo@mofo.com |
| 14 | Attorneys for Third Party Intervenor |
| 15 | BROADCOM CORPORATION,<br>A California Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re TOWNSHEND PATENT LITIGATION | No. C02-4833 JF (PVT)<br>ORDER ON<br>**STIPULATION RE: FURTHER HEARING ON BROADCOM'S MOTION TO MODIFY THE PROTECTIVE ORDER**<br><br>Judge: Hon. Patricia V. Trumbull |

Pursuant to Northern District Local Rule 7-12, Townshend Intellectual Property, LLC and Broadcom Corporation (collectively "the Parties") hereby submit this Stipulation regarding further hearing on Broadcom's motion to modify the Protective Order from *In re Townshend Patent Litigation* (also referred to as the "prior litigation"):

WHEREAS, on September 25, 2007, counsel for Townshend and Broadcom appeared before the Court on Broadcom's Motion to Intervene and Modify the Protective Order in *In re Townshend Patent Litigation*;

WHEREAS, on September 27, 2007, the Court granted Broadcom's motion to intervene, and ordered the Parties to continue to meet and confer on the scope of the proposed modifications to the protective order;

WHEREAS, on October 23, 2007, the Parties submitted to the Court their Stipulation Regarding Broadcom's Motion to Intervene and Modify the Protective Order ("October 23rd Stipulation") describing the Parties' meet and confer efforts, proposing modifications to the Stipulated Protective Order from the prior litigation ("Prior Protective Order"), and requesting a continuance of the previously scheduled October 23, 2007 hearing regarding Broadcom's motion to modify the Prior Protective Order to November 8, 2007 so that the Parties could continue their meet and confer efforts to resolve the issues without need for the Court's further intervention;

WHEREAS, on October 23, 2007, the Court adopted the Parties' proposed modifications in the October 23rd Stipulation as part of the Prior Protective Order and continued the previously scheduled October 23, 2007 hearing to November 8, 2007;

WHEREAS, counsel for Townshend and Broadcom have since further exchanged correspondence disclosing Agere (now LSI Corporation) and/or Zhone Technologies, Inc. (the successor to AT&T Paradyne) Section 102(g) documents retained by counsel for each of the Parties from the prior litigation;

WHEREAS, pursuant to the October 23rd Stipulation, the Parties are working to produce in the *Townshend v. Broadcom* (Case No. 06-05118 JF (RS)) litigation (also referred to as the "current litigation") Agere and/or AT&T Paradyne documents from prior litigation identified to be in counsel's possession to the extent possible without compromising the work product

doctrine, attorney-client privilege, and/or any other privilege or protection that may apply;

WHEREAS, after confirming with counsel for Broadcom that the November 8th hearing was not necessary in light of the Parties' progress, counsel for Townshend, on November 5th, notified the Court's Clerk that the hearing should be taken off calendar;

WHEREAS, the Parties believe at this time that they can continue to resolve relevant issues through meet and confers, and without further intervention by the Court;

IT IS HEREBY STIPULATED by and between the Parties, and through their respective attorneys of record, as follows:

In the current litigation, the Parties shall produce, consistent with the October 23rd Stipulation, the Agere and/or Zhone Section 102(g) documents from the prior litigation that were disclosed by each Party to be in the possession of their counsel that are not protected by privilege and are not work product;

The Parties reserve all rights to take all necessary precautions, including but not limited to redacting any attorney notes that may appear on third-party documents, and withholding memoranda authored by attorneys, to ensure that such production does not compromise the attorney work product doctrine, attorney client privilege, and/or any other privilege or protection that may apply;

In the event that a dispute should arise and Court intervention is deemed necessary, the Parties reserve all rights to seek the Court's assistance in resolving disputes within the Court's jurisdiction that arise from Broadcom's Motion to Intervene and Modify the Protective Order in *In re Townshend Patent Litigation* or the October 23rd Stipulation.

1     IT IS SO STIPULATED.

2 DATED: December 4, 2007

3

4     By: /s/ Ruby M. Wayne
    Ruby M. Wayne
5     ruby.wayne@bingham.com
    BINGHAM McCUTCHEN LLP
6     Attorneys for Plaintiff
    TOWNSHEND INTELLECTUAL
7     PROPERTY, LLC

8 DATED: December 4, 2007

9

10     By: /s/ Diana Luo
    Diana Luo
11     dluo@mofo.com
    MORRISON & FOERSTER LLP
12     Attorneys for Defendant
    BROADCOM CORPORATION

13

14     PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16 DATED: \_\_\_\_\_1/31\_\_\_\_\_, 200~~7~~ 8

17

18     *Patricia V. Trumbull*
    The Honorable Patricia V. Trumbull

19

20

21

22

23

24

25

26

27

28